No. 17,023.

HAERDLE *v.* PEOPLES ACCEPTANCE· CORPORATION.
(258 P. [2d] 1008)

Decided June 22, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. THATCHER L. SHAW, for plaintiff in error.

Messrs. CLAUSSEN & HUBBARD, for defendant in error.